

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00455-CV

Johnny Lee Davis
v.
The City of Aransas Pass, Aransas Pass Police Dept., Aransas Pass City Government
Chief of Police Eric Blanchard, Captain Kyle Rhodes, Detective Leo Martinez

On Appeal from the
343rd District Court of San Patricio County, Texas
Trial Cause No. S-14-5942CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant Johnny Lee Davis, although he is exempt from payment due to his inability to pay court costs.

We further order this decision certified below for observance.

August 29, 2018